U.S. DISTRICT court of middle Florida
office of the Clerk; Hon chief judge
401 W. Central Blvd #1200 orlando Florida 328

January 2, 2024

Justin Yeol OH
a petitioner

V J

DEPT of JUSTICE
Respondent

under 42 U.S.C. 1983
a civil Rights action
own solely
a complaint by Federal
OR THE law of the State
For injury

conclusions of Laws. immediate determination in forma pauperis supreme court Rule 29 suffices, corporations stack 50% own filing service of documents, any document required or permitted sufficient, good know condon

Tax payer Damage or no discrimination by Jury a writ of attachment garnishment an ownership amount of damages is $ twenty millions dollars payments, amounts. Taxes, results I am injured To Redress Required and Bargain and safe, payments only Five millions dollars, Final: citizenship papers.

a claim by Justin Yeol OH

a new Reason by no Roach or bed bug in Room of apartment and Elevator no running now working more than six months a writ of Attachment garnishment an ownership amount of damages is $ one million dollars. I am injured To Redress Required and Bargain and safe citizenship papers amounts, payments only Hundred Thousands dollars, no more: Final

a claim by Justin Yeol OH

"merser" an amended
a Relief
a Forth with

name: Justin Yeol OH
address: 2628 w. 8th st #319
Los Angeles, CA 90057

Date: January 2, 2024

A notice of appeal
U.S. District Court of the ~~central~~ middle District
of ~~California~~ Florida
January 2, 2024

Justin Yeol Oh
A petitioner

V. Respondent
Dept of Justice

a notice of Appeal
Docket No:
notice: a party:

name: Justin Yeol Oh

Address: 2628 W 8th St #319
Los Angeles, CA 90057

Date: January 2, 2024

a writ of certiorari
an appropriated
am immediately
a within Ten days
    The last day of Filing
a covenant
a decision
a determination   amounts
a conclude       Taxes.
a no more        results
Continuing       Bargain
a Teaching       and
                 sale
                 Payments,

in my way
a Rehearing
a Relief
a Granted
an amended
a conclude
a Judgment, a reviewed
a good cause, a good Fait
a Reversal
a Jurisdiction To Supreme Co
urt Courts. Congress
I will Conduct myself
I believe that I am entitled To Redress

a settle, a conclusions of laws, immediate determination
in forma pauperis supreme court Rule 29
suffices, Corporations stock 50% own
filing service of documents, any document
required or permitted, sufficient, good. Know. Condon