UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JUSTIN YEOL OH,**

       **Plaintiff,**

v.                                               Case No. 6:24-cv-19-CEM-EJK

**DEPARTMENT OF JUSTICE,**

       **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review. Plaintiff was required to timely file his Notice of Pendency of Other Actions and Disclosure Statement. (Initial Order, Doc. 2, at 1–2). Plaintiff was also warned that failure to comply with any Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action without further notice. (Notice to Counsel and Parties, Doc. 3). Plaintiff has failed to comply, and the time to do so has passed.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.

2. Any motion for reconsideration must be filed within fourteen days of this order, comply with all Local Rules, and include the following:

    a. a certification that the pro se Plaintiff has personally read the Court's Initial Order and the Local Rules cited therein;

    b. an explanation for why the deadline was missed; and

    c. as separate docket entries, all missing filings.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 28, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party